IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-58-FL

| | |
|---|---|
| WILLIAM MATHIAS, JR., | ) |
| Plaintiff, | ) |
| v. | ) |
| ANDREW SAUL, | ) |
|   Commissioner of Social Security, | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on plaintiff's Motion for Summary Judgment and defendant's Motion for Remand to the Commissioner. Plaintiff's counsel consented to the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

SO ORDERED this 7th day of June, 2021.

_____
Judge Louise W. Flanagan
United States District Judge