# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

| | |
|---|---|
| WILLIAM MATHIAS, JR. ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ANDREW SAUL ) <br> *COMMISSIONER OF SOCIAL SECURITY* ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 2:20-CV-58-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on June 7, 2021, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to Defendant for further proceedings.

**This Judgment Filed and Entered on June 7, 2021, and Copies To:**
W. Everett Lupton / Robert W. Gillikin  (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg  (via CM/ECF Notice of Electronic Filing)


June 7, 2021                                PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk