UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM MATHIAS, JR., <br>     Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>     Defendant. | **JUDGMENT** <br><br> No. 2:20-CV-58-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 20, 2021, it is ordered that defendant pay to plaintiff $5,800.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on September 20, 2021, and Copies To:**
W. Everett Lupton / Robert W. Gillikin (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)

September 20, 2021            PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk